**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**Richmond    Division**

In re  David E. Tait

Case No.  22-32602-KRH

Debtor(s)

Chapter  13

**ORDER SETTING HEARING**

Debtor(s) failed to comply with the provisions of the following:

LBR 2003-1 – Failure to Attend the Meeting of Creditors

IT IS HEREBY ORDERED that a hearing will be held:

*Date:*   11/16/2022
*Time:*   11:30 AM
*Location:* U. S. Bankruptcy Court, U. S. Courthouse, 701 E. Broad St., Room 5000, Richmond, VA  23219

The debtor(s) shall appear at the hearing and explain why the case should not be dismissed or converted to another chapter, why the debtor(s) should not be held in civil contempt, or why other sanctions, including dismissal with prejudice to refiling or to the discharge in a later case of debts dischargeable in this case, should not be imposed with regard to such failure.

**If the debtor(s) fails to appear at the hearing, the above-captioned case may be dismissed or converted to another chapter.**

NOTICE IS FURTHER GIVEN that an outstanding balance of the filing fee in the amount of $____-0-____ is due and owing to the Clerk of Court, payable as follows:

[ ] due and payable immediately.

[ ] $_____ on _____, $_____ on _____, and $_____ on _____.

WILLIAM C. REDDEN
Clerk of Court

Date: October 24, 2022

By  /s/Suzan Ramirez-Lowe
Deputy Clerk
NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:
October 24, 2022

[OSHPossDismissRCH ver. 11/19]